UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 20 AM 10: 04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PPC
DEPUTY

UNITED STATES OF AMERICA )
) Magistrate Judge Case No: '07 MJ 2703
VS. )
)
Victor VASQUEZ ) COMPLAINT FOR VIOLATION OF:
) 21 U.S.C. S 952 & 960
) Importation of a Controlled Substance

The undersigned complainant being duly sworn states:

### COUNT ONE

On November 19, 2007, within the Southern District of California, Victor VASQUEZ did knowingly and intentionally import approximately 57.36 kilograms (126.19 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Special Agent, U.S. Immigration and
Customs Enforcement

Sworn to before me and subscribed in my presence this 20th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Jacqueline Cannon, declare under penalty of perjury, the following is true and correct:

At approximately 10:15 p.m., on November 19, 2007, Customs and Border Protection Officer (CBPO) Jose Carranza was performing primary operations at the Otay Mesa Port of Entry when Victor VASQUEZ applied for admission into the U.S. VASQUEZ was driver and sole occupant of a beige Dodge Ram Van bearing CAUS license/6BCW888. CBPO Carranza approached the vehicle and made contact with VASQUEZ. CBPO Carranza received two negative Customs declarations from VASQUEZ. VASQUEZ was escorted into the Security Office and the vehicle was taken to the Secondary Lot for further inspection.

On November 19, 2007, at approximately 10:25 p.m. Customs and Border Protection Canine Enforcement Officer (CEO) Jesse Gutierrez was requested by the Anti-Terrorism and Contraband Enforcement Team (AT-CET) to utilize his Narcotic Detecting Dog (NDD) "Lasso" CF-56 on a vehicle bearing CAUS license/6BCW888. "Lasso" alerted to the presence of narcotic odor by sitting at the edge of the rear door.

On November 19, 2007 CBPO Debra Dhillon was assigned to conduct a 7-point inspection of the vehicle. CBPO Dhillon discovered packages concealed in the quarter panels. CBPO Dhillon removed 18 packages from the vehicle with a total weight of 57.36 Kilograms (126.19 pounds). CBPO Dhillon probed a

random package and removed a green leafy organic substance, which field-tested positive for marijuana.

On November 19, 2007 at approximately 1:56 a.m., Special Agent (SA) Estela Clark read VASQUEZ his rights per Miranda in the Spanish language, as witnessed by SA Jacqueline Cannon. VASQUEZ requested to speak to an attorney and was subsequently transported to the Metropolitan Correctional Center. VASQUEZ is now pending federal prosecution.